996 So.2d 963 (2008)
K.T., Mother of T.T., M.T.L., and I.T.L., etc., Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILIES, et al., Appellee.
No. 5D08-1959.
District Court of Appeal of Florida, Fifth District.
December 23, 2008.
Heather Morcroft, Orlando, for Appellant.
Kelly A. Swartz, Rockledge, for Appellee, Department of Children and Families.
Jason A. Paul of The Nation Law Firm, Orlando, for Appellee, Guardian Ad Litem.
*964 PER CURIAM.
AFFIRMED. See Fla. Dep't of Children & Families v. F.L., 880 So.2d 602 (Fla. 2004).
PALMER, C.J., MONACO and COHEN, JJ., concur.